PROB 12B
(7/93)

Report Date:  December 16, 2010

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 17 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender:  Robert H. Smith, III                    Case Number: 2:07CR00103-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 07/16/2008              Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm        Date Supervision Commenced: 12/29/2010
and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:  Prison - 30 Months;              Date Supervision Expires: 12/28/2013
TSR - 36 Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18      You shall reside in a residential reentry center (RRC) for a period of up to 90 days.  You shall abide by the
        rules and requirements of the facility and shall participate in programs offered by the facility at the direction
        of the supervising officer.

### CAUSE

Mr. Smith is scheduled to release from custody on December 29, 2010.  At this time he has no release plan into the
community, and is financially unable to afford a personal residence.  He has requested this modification in order to
afford him more time to save funds to secure a personal residence in Spokane, Washington.

Mr. Smith has signed the attached waiver of hearing after being advised of his right to a hearing and assistance of
counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/16/2010
                _____

                s/Samuel Najera
                _____

                Samuel Najera
                U.S. Probation Officer

Prob 12B
**Re:  Smith, Robert H.**
**December 16, 2010**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Other

_Fred Van Sickle_
Signature of Judicial Officer

_December 16, 2010_
Date