PROB 12C
(7/93)

Report Date: February 14, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert H. Smith          Case Number: 0980 2:07CR00103-001

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: July 16, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 | |
| Original Sentence: | Prison 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George Jacobs, III | Date Supervision Commenced: August 29, 2012 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 28, 2015 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.          **Special Condition # 18:** You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

**Supporting Evidence:** Mr. Smith is considered in violation of his conditions of supervised release by failing to comply with the rules and requirements of the residential reentry center (RRC).

On February 14, 2014, the undersigned officer was contacted by the RRC director, Robert Cepeda , and advised that due to Mr. Smith's continued violations of program rules, he was being unsuccessfully discharged from the program.

Prob12C
**Re: Smith, Robert H.**
**February 14, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    2/14/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

John T. Rodgers
MAGISTRATE JUDGE

Signature of Judicial Officer

2-14-14

Date